

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

December 15, 2020

**BY EMAIL**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *United States v. William Perez*, 20 Mag. 13240

Dear Judge Davison:

      The complaint in the above-referenced case was originally filed under seal. On December 14, 2020, defendant William Perez was arrested. As a result, the Government respectfully requests that the Court unseal the complaint.

So ordered 12/15/20

*[signature]*

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:   /s/ Derek Wikstrom
      Derek Wikstrom
      Assistant United States Attorney
      Tel:  (914) 993-1946

SO ORDERED:

_____
HONORABLE PAUL E. DAVISON
UNITED STATES MAGISTRATE JUDGE