UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

William Perez

                Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-mj-13240

Defendant William Perez hereby voluntarily consents to participate in the following proceeding via  ☒ videoconferencing or ☒ teleconferencing:

☒    Initial Appearance Before a Judicial Officer

☐    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐    Guilty Plea/Change of Plea Hearing

☐    Bail/Detention Hearing

☐    Conference Before a Judicial Officer - Assignment of Counsel

*(during a phone call on December 15, 2020, Mr. Perez authorized Benjamin Gold to electronically sign on his behalf)*

*William Perez*
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

*William Perez*
Print Defendant's Name

*Ben G*
Defendant's Counsel's Signature

*Benjamin Gold*
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/15/20
Date

U.S. District Judge/U.S. Magistrate Judge